IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,  )
                Plaintiff,  )  2:12-cv-01075-GEB-DAD
                  )
     v.  )  ORDER CONTINUING STATUS
                  )  (PRETRIAL SCHEDULING)
JOHN DOE,  )  CONFERENCE
                  )
                Defendant.  )
_____ )

        Plaintiff's Status Report filed July 23, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 6, 2012, is continued to October 1, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        IT IS SO ORDERED.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1