1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   AF HOLDINGS LLC,                    )
                                        )    2:12-cv-01075-GEB-DAD
8                    Plaintiff,         )
                                        )    ORDER CONTINUING STATUS
9          v.                           )    (PRETRIAL SCHEDULING)
                                        )    CONFERENCE
10  TERENCE MA,                         )
                                        )
11                   Defendant.         )
    _____)

12

13          Plaintiff indicates in its Status Report filed November 13,

14  2012, that it "submitted [a] Request to Enter Default to the Clerk of

15  Court" on November 12, 2012, and is "currently awaiting the Clerk's

16  entry before initiating default judgment proceedings in the Court."

17  (Status Report 2:16-18, ECF No. 17.)

18          Plaintiff shall file a motion for entry of default judgment

19  before the Magistrate Judge within forty-five (45) days of the date on

20  which this Order is filed. If Plaintiff fails to timely file the motion,

21  Plaintiff shall show cause in writing no later than January 11, 2013,

22  why this action should not be dismissed for failure of prosecution. This

23  action may be dismissed with prejudice under Federal Rule of Civil

24  Procedure 41(b) if Plaintiff fails to timely respond to this Order.

25          Further, the status conference scheduled for hearing on

26  November 26, 2012, is continued to commence at 9:00 a.m. on May 13,

27  2013. A status report shall be filed fourteen (14) days prior to the

28

                                       1

1   status conference in which Plaintiff is required to explain the status

2   of the default proceedings.

3          IT IS SO ORDERED.

4   Dated:  November 14, 2012

5

6   _____
    GARLAND E. BURRELL, JR.

7   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28